1
2
3
4
5
6
7

MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
KEREN GESUND, ESQ.
Nevada Bar No. 10881
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
         gesundk@gesundlawoffices.com

8
9

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

10
11
12
13
14
15

MATTHEW HAGGIE, an individual, on behalf
of himself and those similarly situated;

                    Plaintiffs,

        vs.

CREDIT SOLUTIONS CORP., a California
corporation

                    Defendant.

Case No.: 2:13-cv-01685-JAD-NJK

**ORDER OF DISMISSAL**

16

        The parties have stipulated that the above-entitled action shall be dismissed in its

17

entirety, with prejudice, with each party hereto to bear its or his respective attorneys' fees and

18

costs of suit incurred herein.

19

        THEREFORE, this case shall be dismissed in its entirety.

20

                                        IT IS SO ORDERED.

21
22

                                        _____
                                        UNITED STATES DISTRICT JUDGE

23
24

                                        DATED: July 18, 2014
                                        _____

25
26
27
28